UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THANH HUYNH, <br><br> Plaintiff, <br> v. <br><br> ALEX SANCHEZ, in his official capacity as Executive Director of the HOUSING AUTHORITY OF SANTA CLARA COUNTY and HOUSING AUTHORITY OF SANTA CLARA COUNTY, <br><br> Defendant. | Case No.: 14-CV-02367-LHK <br><br> CASE MANAGEMENT ORDER |

Plaintiff's Attorneys: Annette D. Kirkham
Defendant's Attorneys: Servando R. Sandoval

An initial case management conference was held on October 1, 2014. A further case management conference is set for January 7, 2015, at 2:00 p.m.

The Court will not bifurcate discovery or the trial.

The Court set the following case schedule:

LAST DAY TO AMEND PLEADINGS OR ADD PARTIES is December 1, 2014

FACT DISCOVERY CUTOFF is April 17, 2015

EXPERT DISCOVERY:

    Opening Reports:    May 15, 2015
    Rebuttal Reports:    June 5, 2015
    Cutoff:    June 26, 2015

DISPOSITIVE MOTIONS shall be filed by July 16, 2015 and set for hearing no later than August 20, 2015, at 1:30 p.m. Each side may file only one dispositive motion in the entire case.

PRETRIAL CONFERENCE is October 1, 2015 at 1:30 p.m.

JURY TRIAL: November 2, 2015, at 9:00 a.m. in Courtroom 8, 4th floor

ESTIMATED LENGTH OF TRIAL: 2 days

**IT IS SO ORDERED.**

Dated: October 1, 2015

_____
LUCY H. KOH
United States District Judge