UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THANH HUYNH,<br><br>                Plaintiff,<br>    v.<br><br>ALEX SANCHEZ, in his official capacity as Executive Director of the HOUSING AUTHORITY OF SANTA CLARA COUNTY and HOUSING AUTHORITY OF SANTA CLARA COUNTY,<br><br>                Defendants. | Case No.: 14-CV-02367-LHK<br><br>CASE MANAGEMENT ORDER |

Plaintiff's Attorneys: Annette Kirkham; Kara Brodfuehrer
Defendant's Attorneys: Servando Sandoval

      A case management conference was held on January 7, 2015. A further case management conference is set for May 6, 2015, at 2:00 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by April 29, 2015.

      For the reasons stated on the record at the case management conference, Plaintiff's request to file an amended complaint is GRANTED. Plaintiff shall file an amended complaint by January 12, 2015. Plaintiff may add new plaintiffs and new class allegations. Plaintiff shall not add new defendants or new causes of action.

      The Court made the following additions and modifications to the case schedule:

LAST DAY TO AMEND PLEADINGS OR ADD PARTIES is January 12, 2015

MOTION FOR CLASS CERTIFICATION shall be filed by July 23, 2015. Defendants shall file their opposition by August 20, 2015. Plaintiff shall file a reply by September 3, 2015. The motion for class certification shall be set for hearing no later than September 24, 2015 at 1:30 p.m.

FACT DISCOVERY CUTOFF is January 15, 2016.

EXPERT DISCOVERY:

    Opening Reports:    January 28, 2016
    Rebuttal Reports:    February 11, 2016
    Cutoff:    February 25, 2016

DISPOSITIVE MOTIONS shall be filed by March 10, 2016 and set for hearing no later than April 14, 2016, at 1:30 p.m.  Each side may file only one dispositive motion in the entire case.

PRETRIAL CONFERENCE is June 16, 2016 at 1:30 p.m.

JURY TRIAL: June 27, 2016, at 9:00 a.m. in Courtroom 8, 4th floor

ESTIMATED LENGTH OF TRIAL: 7 days. Trial will take place on June 27, June 28, July 1, July 5, July 8, July 11, and July 12, 2016.

**IT IS SO ORDERED.**

Dated: January 7, 2015

                              LUCY H. KOH
                              United States District Judge

Case No.: 14-CV-02367-LHK
CASE MANAGEMENT ORDER