UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THANH HUYNH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEX SANCHEZ, et al.,<br><br>　　　　　Defendants. | Case No.14-CV-02367-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The case management conference, currently scheduled for August 5, 2015, is hereby CONTINUED to October 7, 2015, at 2:00 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by September 30, 2015.

**IT IS SO ORDERED.**

Dated: July 30, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　United States District Judge