UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THANH HUYNH, et al.,<br><br>            Plaintiffs,<br><br>   v.<br><br>ALEX SANCHEZ, et al.,<br><br>            Defendants. | Case No. 14-CV-02367-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorney:  Annette D. Kirkham
Defendants' Attorney:  Servando R. Sandoval

     A case management conference was held on October 7, 2015. During this case management conference, the parties agreed to allow each side to take up to thirteen (13) depositions.

     A further case management conference is set for November 12, 2015, at 1:30 p.m. The parties shall file their joint case management statement by November 5, 2015.

     The case schedule remains as set. For the convenience of the parties, the case schedule is as follows:

| Scheduled event | Date |
|---|---|
| **Class Certification Hearing** | November 12, 2015 |

1

Case No. 14-CV-02367-LHK
CASE MANAGEMENT ORDER

| | |
|---|---|
| **Fact Discovery Cutoff** | January 15, 2016 |
| **Opening Expert Reports** | January 28, 2016 |
| **Rebuttal Expert Reports** | February 11, 2016 |
| **Close of Expert Discovery** | February 25, 2016 |
| **Last Day to File Dispositive Motions** (one per side in entire case) | March 10, 2016 |
| **Hearing on Dispositive Motions** | April 14, 2016, at 1:30 p.m. |
| **Final Pretrial Conference** | June 16, 2016, at 1:30 p.m. |
| **Jury Trial** | June 27, 2016, at 9:00 a.m. |
| **Length of Trial** | **7 days** |

**IT IS SO ORDERED.**

Dated:  October 7, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 14-CV-02367-LHK
CASE MANAGEMENT ORDER