UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD JOHNSON,<br><br>          Plaintiff,<br><br>     v.<br><br>7-ELEVEN, INC, et al.,<br><br>          Defendants. | Case No. 15-CV-02397-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney:  Kenneth Pinto
Defendant James Townsend's Attorney:  James Hawley
Defendant 7-Eleven's Attorney:  Michael Orr

An initial case management conference was held on November 4, 2015.  A further case management conference is set for February 10, 2016, at 2:00 p.m. The parties shall file their joint case management statement by February 3, 2016.

The parties shall file a stipulation to file an amended complaint by November 10, 2015.

After completing mediation, the parties shall file a joint settlement status report by January 14, 2016.

The Court set the following case schedule:

1

Case No. 15-CV-02397-LHK
CASE MANAGEMENT ORDER

| Scheduled Event | Date |
| --- | --- |
| Deadline to Complete Mediation | January 7, 2016 |
| Opening Expert Reports | April 29, 2016 |
| Rebuttal Expert Reports | May 27, 2016 |
| Close of Fact and Expert Discovery | June 29, 2016 |
| Last Day to File Dispositive Motions (one per side in the entire case) | July 21, 2016 |
| Hearing on Dispositive Motions | September 8, 2016, at 1:30 p.m. |
| Final Pretrial Conference | November 3, 2016, at 1:30 p.m. |
| Jury Trial | November 14, 2016, at 9:00 a.m. |
| Length of Trial | 2 days |

**IT IS SO ORDERED.**

Dated: November 4, 2015

_____
LUCY H. KOH
United States District Judge

2

Case No. 15-CV-02397-LHK
CASE MANAGEMENT ORDER