1  Kyra A. Kazantzis (SBN 154612 / kyrak@lawfoundation.org)
   Annette D. Kirkham (SBN 217958 / annettek@lawfoundation.org)
2  Nadia Aziz (SBN 252966 / nadia.aziz@lawfoundation.org)
   Thomas Zito (SBM 304629 / tom.zito@lawfoundation.org)
3  FAIR HOUSING LAW PROJECT a project of the
     LAW FOUNDATION OF SILICON VALLEY
4  Kara E. Brodfuehrer (SBN 258735 / kara.brodfuehrer@lawfoundation.org)
   MENTAL HEALTH ADVOCACY PROJECT a project of the
5    LAW FOUNDATION OF SILICON VALLEY
   152 North Third Street, Third Floor
6  San Jose, California  95112
   Telephone:  (408) 280-2410
7  Facsimile:  (408) 293-0106

8  Katherine Vidal (SBN 194971 / vidal@fr.com)
   Jonathan J. Lamberson (SBN 239107 / lamberson@fr.com)
9  Emily Petersen Garff (SBN 302308 / petersengarff@fr.com)
   Holly K. Victorson (SBN 305595 / victorson@fr.com
10 FISH & RICHARDSON P.C.
   500 Arguello Street, Suite 500
11 Redwood City, California 94063
   Telephone:  (650) 839-5070
12 Facsimile:  (650) 839-5071

13 Attorneys for Plaintiffs
   THANH HUYNH, et al.
14

15                          UNITED STATES DISTRICT COURT
                           NORTHERN DISTRICT OF CALIFORNIA
16                                 SAN JOSE DIVISION

| | |
|---|---|
| 17 THANH HUYNH; VENUS BENABIDES; RUDY GARCIA; LYNDA GOMES; NICHOLAS WALLACE, a minor, by his guardian ad litem, LYNDA GOMES; LILLIE WARE; STEPHEN JONES, a minor, by his guardian ad litem, LILLIE WARE; DEHAB HAILE; and FREIHIWET TESFAMARIAM, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALEX SANCHEZ, in his official capacity as Executive Director of the HOUSING AUTHORITY OF THE COUNTY OF SANTA CLARA; HOUSING AUTHORITY OF THE COUNTY OF SANTA CLARA, and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:14-cv-02367 LHK<br><br>**PLAINTIFFS' NOTICE OF ARGUMENT BY JUNIOR ATTORNEYS** |

1     On May 12, 2016 at 1:30 p.m., this court has scheduled argument on the parties' cross motions for summary judgment.  As a number of courts have recognized "in today's practice of law, fewer cases go to trial and there are generally fewer speaking opportunities in court, particularly for young lawyers (i.e., lawyers practicing for less than seven years)." *See*, *e.g.*, *Secured Structures, LLC v. Alarm Security Group, LLC, Order*, Civ. Act. No. 6:14-CV-930 (E.D. Tex., Mitchell, J., Jan. 22, 2016); http://chipsnetwork.org/wp-content/uploads/2016/02/Judicial-Orders-re-Next-Gen-3-9-16.pdf; www.nextgenlawyers.com (judicial orders).

    A number of courts "strongly encourage[] the parties to be mindful of opportunities for young lawyers to argue in front of the Court, particularly for motions where the young lawyer drafted or contributed significantly to the underlying motion or response."  *See*, *e.g.*, *id.*

    This Court has likewise encouraged parties to "permit less experienced lawyers" to have stand-up opportunities.  *See*, *e.g.*, Guidelines for Final Pretrial Conference in Bench Trials Before District Judge Lucy H. Koh ¶ G (Jan. 3, 2011); Guidelines for Final Pretrial Conference in Jury Trials Before District Judge Lucy H. Koh ¶ G (Jan. 3, 2011).

    Plaintiffs respectfully notify the Court that they intend to have first year associate Holly K. Victorson and second year associate Emily Petersen Garff argue the upcoming summary judgment motions.  Ms. Victorson and Ms. Garff were the primary drafters of Plaintiffs' briefing, and were involved in taking much of the discovery Plaintiffs relied upon in their motion.  Given the gravity of the issue before this Court, Plaintiffs respectfully request that more experienced counsel be able to assist in the argument should the need arise.

Dated:  April 13, 2016

FISH & RICHARDSON P.C.

By:  */s/ Katherine Vidal*
       Katherine Vidal

Attorneys for Plaintiffs
THANH HUYNH, VENUS BENABIDES, RUDY GARCIA, LYNDA GOMES, NICHOLAS WALLACE, LILLIE WARE, STEPHEN JONES, DEHAB HAILE, and FREIHIWET TESFAMARIAM

51016981.doc