UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| THANH HUYNH, et al.,<br><br>      Plaintiffs,<br><br>   v.<br><br>KATHERINE HARASZ, et al.,<br><br>      Defendants. | Case No. 14-CV-02367-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiffs' Attorneys:  Annette Kirkham, Thomas Zito, Emily Garff, Holly Victorson, Michael Headley
Defendants' Attorneys:  Servando Sandoval, Karen McCay, Helene Simvoulakis

A case management conference and hearing on the parties' cross-motions for summary judgment were held on May 12, 2016.  The pretrial conference is set for June 9, 2016, at 1:30 p.m.

At the case management conference and motions hearing, the Court made the following rulings on the record.

**SETTLEMENT CONFERENCE**

The parties are hereby referred to a settlement conference with U.S. Magistrate Judge Nathanael Cousins, to be held on May 27, 2016.  The parties are to contact Judge Cousins' Courtroom Deputy, Lili Harrell (lili_harrell@cand.uscourts.gov), to confirm the time and date of the settlement conference.

**PRETRIAL CONFERENCE**

1

Case No. 14-CV-02367-LHK
CASE MANAGEMENT ORDER

In anticipation of the June 9, 2016 pretrial conference, the parties shall review and comply with the deadlines set forth in this Court's standing order for jury trials, available on the public website for the United States District Court for the Northern District of California (http://www.cand.uscourts.gov/lhkorders).

Pursuant to the Court's standing order, the parties must meet and confer by May 19, 2016 (21 days before the pretrial conference), and file a joint pretrial statement by May 26, 2016 (14 days before the pretrial conference). The parties shall file a joint set of proposed jury instructions, joint proposed verdict form, and joint exhibit list by June 2, 2016. The parties shall consult the Court's standing order for further details on any additional deadlines and requirements.

**MOTIONS IN LIMINE**

The parties are limited to 4 motions in limine per side, not to exceed 4 pages in length. The parties shall file their motions in limine by May 25, 2016. Any oppositions must be filed by May 31, 2016, and may not exceed 4 pages in length. No replies are permitted. Motions in limine shall be limited to a single topic or issue.

**JURY SELECTION**

In preparation for jury selection, the parties shall file by June 14, 2016 a joint list which includes the following: the attorneys, law firms, and legal entities involved in this action; all parties; the time and date of trial; and any witnesses the parties may call at trial.

Jury selection will take place on June 17, 2016. Each side will have 10 minutes for attorney voir dire and 3 peremptory challenges. There will be 8 jurors at trial.

**TRIAL SCHEDULE**

Trial will take place on the following days:

1. June 17, 2016
2. June 20, 2016
3. June 21, 2016
4. June 24, 2016
5. June 27, 2016
6. June 28, 2016
7. July 1, 2016

Jury deliberations will take place on consecutive business days. Trial and jury deliberations will take place from 9:00 a.m. to 4:30 p.m. daily. Each day of trial, there will be a lunch break from noon to 1:00 p.m. There will be an approximately 15 minute break at about 10:30 a.m., and an approximately 10 minute break at about 2:15 p.m. and at about 3:30 p.m. each day. During jury deliberations, jurors may take lunch and other breaks at their own choosing.

**TIME LIMITS**

The parties shall have 13 hours of evidence per side. The parties shall have 30 minutes per

2

Case No. 14-CV-02367-LHK
CASE MANAGEMENT ORDER

side for opening statements and 45 minutes per side for closing arguments.

**IT IS SO ORDERED.**

Dated: May 12, 2016

_____
LUCY H. KOH
United States District Judge