### NOTICE OF CLASS ACTION
### PROPOSED SETTLEMENT

*Thanh Huynh, et al. v. Katherine Harasz, et al.*
United States District Court, Northern District Of California
Case No. 14-CV-02367 LHK

You are receiving this notice because you are a class member in the above-captioned case according to the following class definition:

"Santa Clara County Section 8 voucher holders who have disabilities and/or have family members with disabilities who (1) made a reasonable accommodation request to the Housing Authority of Santa Clara County (HACSC) for an additional bedroom between after July 1, 2013 and June 8, 2016, (2) had a documented and undisputed need for a separate bedroom, (3) were denied a disability-related increase in the number of bedrooms by HACSC, (4) were not previously granted a permanent reasonable accommodation request, (5) did not request the additional bedroom for a live-in caregiver or for storage of medical equipment, and (6) have a least one family member who is disabled."

**AS A CLASS MEMBER YOU ARE HEREBY NOTIFIED** that:

- The Plaintiffs in this case filed a court case against HACSC and Katherine Harasz, in her official capacity as the Executive Director of HACSC on behalf of the class.
- The Plaintiffs have reached a proposed out-of-court settlement with HACSC and its Executive Director that will resolve all claims in this case. The attorneys for the Plaintiffs may receive attorneys' fees and expenses from this settlement.
- This notice is to inform you about the settlement so you can make a decision about your legal rights.

### YOU HAVE SOME OPTIONS:

**DO NOTHING** If you read the notice and decide you agree with the settlement and are satisfied with the amount of money damages listed in the chart in section 6(A), you don't have to do anything. If the Court decides that the settlement is fair, then you will be bound by the agreement.

**MAKE A CLAIM** If you agree with the settlement and are claiming additional money damages based on homelessness, complete the "Claim Form" described in section 6(B).

**OBJECT** If you read the notice and decide you do not agree with the settlement you can object. In order to object, you will have to send a completed "Objection Form" described in section 8 to the addresses on the form and let the Court know why you do not like the settlement generally or any term or terms of the settlement.

**GO TO A HEARING** The Court has set a date for a hearing at which you can tell her in person why you don't think the settlement is fair. The date, time and location of the Fairness Hearing is described in section 9.

## QUESTIONS AND ANSWERS

**1**.   **Why am I receiving this notice?**

   Federal law requires us to send you this notice because it is likely the settlement in this case will affect your legal rights.  This notice will tell you about the court case, the proposed settlement we agreed to, and what to do if you agree or disagree with the settlement.  You have a right to get this information and give your opinion before the Court decides whether or not to approve the proposed class settlement. The Court in charge of the case is the United States District Court of the Northern District of, California. United States District Court Judge Lucy Koh is the judge overseeing the case.

**2.   What is this case about?**

   In this case, seven (7) households (Plaintiffs) who have section 8 vouchers argued that HACSC violated the law because it  did not increase their voucher size to accommodate the Plaintiffs  or their family member's disability.  All of the Plaintiffs have persons who need a separate bedroom because of their disabilities.  All of the Plaintiffs had documented that a separate room was necessary.

**3.   Why is this a class action?**

   In a class action, one or more people called class representatives sue on behalf of all people who have similar claims (a "class"). The Class Representatives in this case are THANH HUYNH, VENUS BENABIDES; RUDY GARCIA; LYNDA GOMES; NICHOLAS WALLACE, a minor, by his guardian ad litem, LYNDA GOMES; LILLIE WARE, STEPHEN JONES a minor, by his guardian ad litem, LILLE WARE; DEHAB HAILE; and FREIHIWET TESFAMARIAM. Usually, class actions happen when the same issue affects a lot of people and it wouldn't make sense for everyone to file their own lawsuit.

**4.   Why is there a settlement?**

   The case did not get decided by the Court.  Instead, the Plaintiffs and HACSC came to a settlement agreement.  This does not mean that HACSC admits that they did anything wrong.  The Plaintiffs and their attorneys think the settlement is fair and is in the best interests of everyone.

 **5.   What are the terms of the settlement?**

- The settlement requires HACSC to change its policies related to disability-related reasonable accommodation requests for an additional bedroom subsidy.  Specifically, HACSC agreed that it will no longer consider the living room as a bedroom when it is considering reasonable accommodation requests.  The settlement also requires that HACSC staff receive training on this new policy.  The settlement further provides that individuals with permanent disabilities that require their own bedroom will not have to periodically re-certify the need for the additional bedroom.  You will be contacted by HACSC in writing with respect to your request for an additional bedroom and should you continue to need and request an additional bedroom, a determination will be made about whether your voucher will be changed to allow for the additional bedroom; when you are contacted by HACSC, you will be advised about your rights during this reasonable accommodation request process.
- The settlement awards money damages to everyone on the list below.  The total amount of money damages for the class is $3,200,000.

2

- The money damages will be split up based on many factors including: how much a household's rent increased without the voucher increase, when a household requested a reasonable accommodation, and whether a household became homeless because they did not get a voucher increased.
- The attorneys who represented the Plaintiffs will be awarded $712,500 for their work on the case.  This amount is in addition to the damages mentioned above and will not come out of those damages.

## 6.  How much should I expect to get?

A.    The chart below shows your minimum money damages amount by voucher number.

| Voucher No. | Damages | Voucher No. | Damages | Voucher No. | Damages |
|---|---|---|---|---|---|
| 000197212 | $1,944 | C00184801 | $25,406 | C00190789 | $11,088 |
| 000197265 | $21,941 | C00184977 | $10,467 | C00191117 | $916 |
| 000197500 | $4,944 | C00185000 | $9,994 | C00191137 | $9,994 |
| 000197869 | $17,090 | C00185071 | $17,090 | C00191181 | $10,733 |
| 000198260 | $15,011 | C00185237 | $11,797 | C00191446 | $8,605 |
| 000199241 | $7,623 | C00185416 | $9,994 | C00191788 | $9,403 |
| 000199332 | $25,406 | C00185576 | $12,910 | C00191975 | $25,406 |
| 000199633 | $7,933 | C00185657 | $16,397 | C00192404 | $9,403 |
| 000199728 | $17,090 | C00185672 | $8,686 | C00192431 | $25,406 |
| 000199885 | $11,531 | C00185675 | $4,944 | C00192472 | $25,406 |
| 000200103 | $10,733 | C00185864 | $18,476 | C00192543 | $9,137 |
| 000200216 | $25,406 | C00185915 | $11,531 | C00192645 | $21,248 |
| 100000284 | $10,461 | C00185932 | $9,765 | C00192649 | $6,788 |
| 100000772 | $17,783 | C00185990 | $6,057 | C00192774 | $15,704 |
| 100001249 | $8,871 | C00186111 | $7,541 | C00192821 | $5,682 |
| 100001266 | $11,797 | C00186176 | $18,476 | C00192855 | $25,406 |
| 100001346 | $11,265 | C00186189 | $7,170 | C00192956 | $9,536 |
| 100001418 | $11,265 | C00186221 | $2,816 | C00192991 | $24,020 |
| C00100648 | $5,358 | C00186249 | $7,475 | C00193005 | $3,831 |
| C00101364 | $19,862 | C00186546 | $7,807 | C00193149 | $9,994 |
| C00101992 | $23,327 | C00186648 | $24,713 | C00193276 | $16,397 |
| C00103655 | $7,982 | C00186754 | $9,547 | C00193383 | $12,910 |
| C00103943 | $6,248 | C00186762 | $23,327 | C00193454 | $9,935 |
| C00104506 | $11,047 | C00186791 | $25,406 | C00193527 | $11,422 |
| C00104556 | $25,406 | C00187039 | $12,910 | C00193580 | $10,798 |
| C00105360 | $9,994 | C00187137 | $21,248 | C00193683 | $11,797 |
| C00111289 | $13,297 | C00187326 | $24,020 | C00193801 | $24,020 |
| C00113865 | $9,137 | C00187546 | $23,327 | C00193900 | $11,531 |
| C00114104 | $4,710 | C00187569 | $24,713 | C00193945 | $20,555 |
| C00118524 | $10,999 | C00187778 | $11,531 | C00194017 | $4,158 |
| C00120206 | $9,403 | C00187861 | $13,614 | C00194062 | $14,318 |
| C00123154 | $5,358 | C00187885 | $11,797 | C00194604 | $21,941 |
| C00131190 | $24,020 | C00187906 | $24,713 | C00195013 | $9,669 |

3

| | | | | | |
|---|---|---|---|---|---|
| C00132442 | $4,573 | C00187987 | $15,011 | C00195076 | $24,020 |
| C00138302 | $11,531 | C00187998 | $9,994 | C00195214 | $15,704 |
| C00147582 | $15,011 | C00188005 | $2,079 | C00195259 | $9,078 |
| C00148321 | $25,406 | C00188029 | $2,442 | C00195445 | $8,686 |
| C00149746 | $9,536 | C00188114 | $25,406 | C00195516 | $24,713 |
| C00155002 | $14,318 | C00188171 | $5,358 | C00195606 | $6,574 |
| C00155879 | $10,467 | C00188261 | $5,034 | C00195822 | $9,702 |
| C00156783 | $15,704 | C00188275 | $11,797 | C00195975 | $9,307 |
| C00157447 | $17,783 | C00188391 | $8,686 | C00196065 | $8,686 |
| C00157713 | $7,170 | C00188488 | $8,605 | C00196230 | $25,406 |
| C00183166 | $7,017 | C00188773 | $24,020 | C00196450 | $22,634 |
| C00183490 | $24,713 | C00189132 | $20,555 | C00196455 | $17,783 |
| C00183603 | $17,783 | C00189404 | $25,406 | C00196456 | $9,307 |
| C00183671 | $23,327 | C00189683 | $24,713 | C00196529 | $21,248 |
| C00183689 | $8,871 | C00189713 | $18,476 | C00283413 | $8,073 |
| C00183889 | $8,605 | C00189784 | $5,358 | C00283858 | $19,862 |
| C00184025 | $7,689 | C00189935 | $9,994 | C00285430 | $2,079 |
| C00184314 | $25,406 | C00190028 | $22,634 | C00285884 | $9,994 |
| C00184403 | $21,941 | C00190291 | $25,406 | C00289235 | $10,798 |
| C00184407 | $9,994 | C00190316 | $21,941 | C00294397 | $9,137 |
| C00184540 | $9,137 | C00190433 | $17,783 | C00185376 | $24,020 |
| C00184546 | $24,020 | C00190482 | $17,783 | C00156977 | $25,406 |
| C00184559 | $7,982 | C00190580 | $19,862 | C00190266 | $24,713 |
| C00184698 | $9,536 | C00190606 | $9,994 | C00117495 | $24,713 |
| C00184752 | $4,944 | C00190711 | $16,397 | C00193425 | $20,555 |
| C00184784 | $25,406 | C00190729 | $6,574 | | |

If your voucher number is not on the list contact the claims administrator KCC at the number listed in section 14 below for more information.

B.  You may also be entitled to more money damages if you were homeless between July 1, 2013, and June 8, 2016.  To make a claim for additional damages based on homelessness:
1.  Complete the attached "Claim Form" and mail it to the address provided on the form.
2.  Mail the "Claim Form" **postmarked no later than** _____
3.  Carefully follow the instructions on the "Claim Form."

C.  You may get more money damages if not all of the class members collect their allocated damages.

**7.  What if I want to stay a part of the case but I don't agree with some parts or all of the proposed settlement?**

You have a right to tell the Court your opinion on the proposed settlement.  To do this you must:
1.  Complete the attached "Objection Form" and mail it to the addresses provided on the form.
2.  Mail the "Objection Form" **postmarked no later than** _____.
3.  Carefully follow the instructions on the "Objection Form."

**8. <u>How do I object to the settlement in person?</u>**

      The Court will hold a Fairness Hearing on December 15, 2016, at 1:30 p.m. at the United States District Court, Northern District of California, Courtroom 8, 4th Floor, 280 South First Street, San Jose, California, 95112. At this hearing, the Court will consider whether the proposed settlement is fair, reasonable and adequate. If there are objections, the Court will consider them. The Court may listen to people who have asked to speak at the hearing. We do not know when the Court will make a decision on the request to approve the settlement.

**9.     <u>Do I have to come to the Fairness Hearing?</u>**

      No. You only have to come to the Fairness Hearing if you want to object to the settlement in person.  Remember, you can also submit your objection in writing by taking the steps above.

**10.     <u>What happens if I do nothing at all?</u>**

      If you read the notice and decide you agree with the settlement, you don't have to do anything. If the Court decides that the settlement is fair, then you will be bound by the agreement and will receive the minimum money damages discussed above.  This also means that you cannot sue the Housing Authority in the future regarding this same issue.

**11. <u>Do I have an attorney in this case?</u>**

      Yes. The Court has appointed the Law Foundation of Silicon Valley to represent the Class. If you want to be represented by your own attorney, you can hire one at your own expense.

**12. <u>How will the attorneys be paid?</u>**

    Attorneys for the Class will request payment from the settlement of the case in an amount up to $712, 500.  This amount is separate from the $3.2 million in damages awarded to the class.

**13. <u>Where can I get more information?</u>**

**If you have questions about this Class Settlement or this Notice, contact KCC LLC, the claims administrator for this lawsuit.  KCC's address for this lawsuit is P.O. Box 40007, College Station, TX, 77842-4007.  The toll free telephone number is (888) 685-2279.**

The complete terms of the settlement are at:  www.lawfoundation.org/HACSCsettlement

You can also look the case up on the Court's website here:  https://ecf.cand.uscourts.gov

**14. <u>What if I am not sure if I am a member of the class?</u>**

      If you are not sure whether you are a class member, you can call the Claims Administrator KCC LLC at **P.O. Box 40007, College Station, TX, 77842-4007.  The toll free telephone number is (888) 685-2279.**

<u>**PLEASE DO NOT CALL THE COURT**</u>